

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**14 CV 3945**

| | |
|---|---|
| NEWLEAD HOLDINGS LTD., <br><br> Petitioner, <br><br> vs. <br><br> IRONRIDGE GLOBAL IV LIMITED, <br><br> Respondent, <br><br> and <br><br> VSTOCK TRANSFER, LLC, as transfer agent, <br><br> Notice Party. | 14 Civ. _____ ( ) |

### ORDER TO SHOW CAUSE FOR INJUNTIVE RELIEF AND FOR TEMPORARY RESTRAINING ORDER

Upon the reading and filing of the Petition of Petitioner NewLead Holdings Ltd. ("Petitioner" or "NewLead") For Temporary Restraining Order and Injunction in Aid of International Arbitration Proceeding; the Declaration Of Antonis Bertsos In Support Of Petition Of Petitioner NewLead Holdings Ltd. For Temporary Restraining Order And Injunction In Aid Of International Arbitration Proceeding dated June 2, 2014; the Declaration of Richard De Palma In Support Of Petition Of Petitioner NewLead Holdings Ltd. For Temporary Restraining Order And Injunction In Aid Of International Arbitration Proceeding dated June 3, 2014; and the Memorandum of Law in Support of the Petition of Petitioner NewLead Holdings Ltd. for Temporary Restraining Order and Injunction in Aid of International Arbitration Proceeding, it is

**ORDERED**, that Respondent Ironridge Global IV Limited ("Respondent" or "Ironridge") appear and show cause before this Court, located at the Daniel Patrick Moynihan

United States Courthouse, Courtroom 20B, 500 Pearl Street, in the City, County and State of New York, on June 9, 2014, at 10 o'clock in the A.M., or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure and 9 U.S.C. § 201, *et seq.* (New York Convention on the Recognition and Enforcement of Foreign Arbitral Awards):

(i) enjoining Respondent and those acting in concert with it, including but not limited to VStock Transfer, LLC ("VStock") and any successor transfer agent, pending the confirmation of an Award issued in the Arbitration, from taking any steps whatsoever:

(a) to convert any of the Series A Preference Shares of NewLead registered in name of Ironridge ("Preference Shares") into Common Shares of NewLead ("Common Shares"); and/or

(b) to issue any Common Shares to Ironridge, whether in connection with the conversion of the Preference Shares or otherwise; and

(ii) granting such other and further relief as the Court may deem just and proper;

and it is further

**ORDERED** that, sufficient reason having been shown therefor, pending the hearing and decision on Petitioner's Petition for Preliminary Injunctive Relief Pending Arbitration, pursuant to Rule 65 of the Federal Rules of Civil Procedure, Respondent Ironridge and those acting in concert with it, including but not limited to VStock and any successor transfer agent, are temporarily restrained and enjoined from:

(i) converting any of the Series A Preference Shares of NewLead registered in name of Ironridge ("Preference Shares") into Common Shares of NewLead ("Common Shares"); and/or

~~(ii)~~ c:) issuing any Common Shares to Ironridge, ~~whether in connection with the conversion of the Preference Shares or otherwise.~~ in satisfaction of any embedded dividend liability [WHP]

**SUFFICIENT CAUSE BEING ALLEGED THEREFORE**, it is hereby

**ORDERED** that, copies of this Order together with the papers upon which it has been granted, be served upon Respondent Ironridge Global IV Limited by personal delivery or overnight courier to Skadden Arps Slate Meagher & Flom LLP, and upon VStock Transfer, LLC by personal delivery or overnight courier so as to be in hand on or before June 3, 2014, and that such service shall be deemed good and sufficient service; and it is further

**ORDERED** that opposition papers, if any, shall be served and filed on or before June 6, 2014; and it is further [WHP]

**ORDERED** that reply papers, if any, shall be served and filed on or before June 8, 2014; and it is further [WHP]

**ORDERED** that counsel shall appear for oral argument on the return date of this motion.

_____
United States District Judge
6/3/14

3